UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 11-CR-10168-MLW
)
)
STEWART LUNA )

## GOVERNMENT'S SECOND STATUS REPORT ON MOTION TO REDUCE SENTENCE AND WITHDRAW PLEA

In accordance with Standing Procedural Order 12-03 and the Court's Order of March 7, 2013, the government hereby files the following Second Status Report in this matter:

1. Status of Jamaica Plain Filings

A motion seeking relief based the fact that the drug certification was issued from the Jamaica Plain Lab was filed in the case on March 20, 2013. Matthew H. Feinberg, Esq. who represents the defendant.

2. Exchange of Information

The government provided defense counsel of record with a copy of the underlying drug certification (issued by Jamaica Plain Lab Chemists Annie Dookhan and Della Saunders) on April 4, 2013. The government has also provided the defendant with all discovery received from the Massachusetts Attorney General with respect to its investigation of the Jamaica Plain Lab, most recently on December 9, 2013. Finally, the government has provided the defendant with the results and bench notes from the re-testing completed by the State Police Lab on November 21, 2013.

*[Handwritten note:]* The government shall, by July 31, 2014, respond to the §2255 petition. Any reply shall be filed by August 22, 2014
Wolf, DJ